This space for Recorder's use

| | Recording Requested By: | When recorded mail to: |
|---|---|---|
| | **Bank of America** | **CoreLogic** |
| | Prepared By: | **450 E. Boundary St.** |
| | **Mary Ann Hierman** | **Attn: Release Dept.** |
| | **888-603-9011** | **Chapin, SC 29036** |
| | **450 E. Boundary St.** | |
| | **Chapin, SC 29036** | |
| **Property Address:** | | |
| **52 Bramhall St** | | |
| **Portland, ME 04102-3377** | | |
| ME0-AM 14255171          8/2/2011 | | |

MIN #:                                          MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474** does hereby grant, sell, assign, transfer and convey unto **BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP** whose address is **9062 OLD ANNAPOLISRD, COLUMBIA, MD 21045** all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

| | |
|---|---|
| Original Lender: | **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR TRUE NORTH MORTGAGE** |
| Borrower(s): | **SHAWN TAMIR** |
| Date of Mortgage: | **11/7/2006** |
| Original Loan Amount: | **$465,000.00** |

Recorded in **Cumberland County, ME** on: **11/15/2006**, book **24573**, page **234** and instrument number **75326**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
_8/3/11_

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _Alice Rowe_

**Alice Rowe, Assistant Secretary**

State of **California**
County of **Ventura**

On _8/3/11_ before me, _Violet Thomas-Hicks_, Notary Public, personally appeared **Alice Rowe**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _Violet Thomas-Hicks_                    (Seal)
My Commission Expires: _Oct 28, 2012_

```
VIOLET THOMAS-HICKS
Commission # 1820527
Notary Public - California
Los Angeles County
My Comm. Expires Oct 28, 2012
```

**EXHIBIT**

**D**