Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.

When Recorded Return To:

BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

## CORPORATE ASSIGNMENT OF MORTGAGE

Cumberland, Maine  REFERENCE #:    "TAMIR"
INVESTOR #: N20
Assignment Prepared on: August 15th, 2013.

Assignor: BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP BY SELECT PORTFOLIO SERVICING, INC., FKA FAIRBANKS CAPITAL CORP. ITS ATTORNEY IN FACT at c/o SELECT PORTFOLIO SERVICING, INC., 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.
Assignee: HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF DEUTSCHE BANK ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR2  at C/O SELECT PORTFOLIO SERVICING, INC. 3815 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115.

Executed By: SHAWN TAMIR  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR TRUE NORTH MORTGAGE ITS SUCCESSORS AND ASSIGNS
Date of Mortgage: 11/07/2006 Recorded: 11/15/2006 in Book/Reel/Liber: 24573 Page/Folio: 234 as Instrument No.: 75326  In Cumberland County , State of Maine.

Property Address: 52 BRAMHALL STREET, PORTLAND, ME 04102

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $465,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

   TO HAVE AND TO HOLD the said Mortgage, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP BY SELECT PORTFOLIO SERVICING, INC., FKA FAIRBANKS CAPITAL CORP. ITS ATTORNEY IN FACT
On __AUG 1 5 2013__
By: _____
JEFF YOUNG, VICE PRESIDENT

STATE OF UTAH
COUNTY OF SALT LAKE

On __AUG 1 5 2013__, before me, MARCO AURELIO VILLAGRAN, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared JEFF YOUNG, VICE PRESIDENT, BANK OF AMERICA NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP BY SELECT PORTFOLIO SERVICING, INC., FKA FAIRBANKS CAPITAL CORP. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
MARCO AURELIO VILLAGRAN
Notary Expires: 01/20/2016  #652139

Marco Aurelio Villagran
Notary Public State of Utah
My Commission Expires on:
January 20, 2016
Comm. Number: 652139

(This area for notarial seal)

Received
Recorded Register of Deeds
Sep 23,2013 02:44:34P
Cumberland County
Pamela E. Lovley

*CXH*CXHAMRC*08/08/2013 02:43:00 PM* AMRC83AMRC00000000000000000606398* MECUMBE* 448791632 MESTATE_MORT_ASSIGN_ASSN *ACK*ACKAMRC*



EXHIBIT E