After recordation, return to:

John M. Rizzini, Senior Paralegal
Locke Lord LLP
2800 Financial Plaza
Providence, Rhode Island 02903

# LOST INSTRUMENT AFFIDAVIT

STATE OF MAINE

COUNTY OF CUMBERLAND

That the undersigned party, a duly elected officer of HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF DEUTSCHE BANK ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR2 ("**Bank**"), having been duly sworn deposes and says:

1. Bank is the lawful owner and holder of that certain instrument executed by Mark L. Feenstra, owner/member of True North Mortgage on May 31, 2017 with an obligation to pay the original principal sum of $465,000.00 to the order of Bank ("**instrument**").

2. The copy attached as Exhibit A is a true and correct copy of the instrument.

3. Bank has been unable to locate the instrument after a diligent search and believes that the instrument has been lost, mislaid or inadvertently destroyed.

4. Neither the instrument nor the Bank's rights therein have been assigned, transferred, hypothecated, pledged or otherwise disposed of in any manner whatsoever, in whole or in part, and no person or entity other than the Bank has any right, title, claim, equity or interest in the instrument.

Effective as of August 18, 2017.

Select Portfolio Servicing, Inc. as Attorney In Fact

WITNESS

HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF DEUTSCHE BANK ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR2

_____
Mary Angle Judd

By: _____

Print Name: ____BILL KOCH____
            DOCUMENT CONTROL OFFICER

Title: _____

(The next page is the acknowledgment page)

EXHIBIT F

STATE OF UTAH

COUNTY OF SALT LAKE

On August _18_, 2017, before me, the undersigned notary public, personally appeared ___BILL KOCH___, ___Document Control Officer___, of HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank ALT-A, Securities Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-AR2, proved to me through satisfactory evidence of identification, being (check whichever applies): ☐ driver's license or other state or federal governmental document bearing a photographic image, ☐ oath or affirmation of a credible witness known to me who knows the above signatory, or ☒ my own personal knowledge of the identity of the signatory, to be the person whose name is signed above, and acknowledged the foregoing to be signed by him voluntarily for its stated purpose, in his capacity as aforesaid, and the free act and deed of said bank. Before me.

_Shelley Malm_
Notary Public
Print Name   Shelley Malm
My commission expires **FEB 1 1 2021**
Affix Seal

> SHELLEY MALM
> Notary Public State of Utah
> My Commission Expires on:
> February 11, 2021
> Comm. Number: 692961

AM 66760117.1

## Exhibit A

Copy of Assignment of Mortgage dated May 31, 2017.

Received
Recorded Register of Deeds
Aug 23,2017 09:21:19A
Cumberland County
Nancy A. Lane

## ASSIGNMENT OF MORTGAGE

**TRUE NORTH MORTGAGE**, a Maine corporation or association, having a place of business at South Portland, Maine, holder of a certain Mortgage from **SHAWN TAMIR** to **TRUE NORTH MORTGAGE**, dated November 7, 2006 and recorded in the Cumberland County Registry of Deeds at Book 24573 Page 234, hereby assigns, grants and transfers said mortgage, without recourse in any event, to **HSBC BANK USA, NA., as TRUSTEE ON BEHALF OF THE HOLDERS OF DEUTSCHE BANK ALT-A SECURITIES MORTGAGE LOAN TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR2**, whose mailing address is: 3815 South West Temple, Salt Lake City, UT 84115.

Property address: 52 Bramhall Street, Portland, Maine

In witness whereof, **TRUE NORTH MORTGAGE**, has caused this instrument to be executed by _Mark L Feenstra_, its _owner/member_ thereunto duly authorized, this _31st_ day of _May_, 2017.

Signed and sealed in the presence of:

_____
Witness

**TRUE NORTH MORTGAGE**

By: _____
Its _Owner Member_

State of Maine
County of Cumberland                    _5-31_ 2017

Then personally appeared the above-named _Mark L Feenstra_ _owner/member_ of True North Mortgage and acknowledged the foregoing instrument to be his free act and deed in his said capacity and the free act and deed of True North Mortgage.

Before me,

_____
Notary Public
Maine Attorney At Law

Print Name _Patricia A Lynch_

> PATRICIA A. LYNCH
> Notary Public
> Maine
> My Commission Expires Dec 18, 2021

AM 66409152.1