Doc#: 51521 Bk:34373 Pg: 337

## Quitclaim Assignment

WHEREAS, **True North Mortgage,** is identified as the "Lender" on a certain mortgage executed by Shawn Tamir, and bearing the date of the November 7, 2006, securing the property located at 52 Bramhall Street, Portland, in the County of Cumberland and State of Maine and recorded in the Cumberland County Registry of Deeds in **Book 24573, Page 234** (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-AR2 ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests(whatever they may be, if any) in the Mortgage to Assignee.

**True North Mortgage**

_____

STATE OF MAINE

COUNTY OF Cumberland  )

Subscribed before me, on October 4th, 2017, by Mark Feenstra as Owner/Member. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

Notary Public   Anna C. Lydler
My Commission expires: April 21, 2024

[SEAL]

Received
Recorded Register of Deeds
Oct 10,2017 09:39:00A
Cumberland County
Nancy A. Lane

