NTCAPR, Recusal, APLDIST, CLOSED

# U.S. Bankruptcy Court
## Maine (Portland)
### Bankruptcy Petition #: 14-20368

*Date filed:* 05/18/2014
*Date terminated:* 04/26/2018
*Plan confirmed:* 12/18/2017
*341 meeting:* 06/12/2014

*Assigned to:* Judge Melvin S. Hoffman
Chapter 11
Voluntary
Asset

*Debtor disposition:* Discharge Withheld for Failure to Submit Cert of Instructional Course for Personal Financial Mgmt

*Debtor*
**Shai Shawn Tamir**
P.O. Box 15391
Portland, ME 04112
CUMBERLAND-ME
SSN / ITIN: xxx-xx-6415
*aka* Shawn S. Tamir
*aka* S. Shawn Tamir

represented by **Benjamin R. Hutchinson**
P.O. Box 6932
Portland, ME 04103

**David C. Johnson**
Marcus Clegg
One Canal Plaza
Suite 600
Portland, ME 04101
207-828-8000
Fax : 207-773-3210
Email: bankruptcy@marcusclegg.com

**Katherine Krakowka**
Marcus Clegg
One Canal Plaza
Suite 600
Portland, ME 04101
(207) 828-8000
Fax : (207) 773-3210
Email: kmk@marcusclegg.com

*U.S. Trustee*
**Office of U.S. Trustee**
537 Congress Street, Suite 300
Portland, ME 04101

represented by **Stephen G. Morrell, Esq.**
Office of the U.S. Trustee
537 Congress Street
Portland, ME 04101
(207) 780-3564
Email: stephen.g.morrell@usdoj.gov

**Jennifer H. Pincus, Esq.**
Office of the United States Trustee
537 Congress Street
Suite 303
Portland, ME 04101
207-780-3564
Fax : 207-780-3568
Email: Jennifer.H.Pincus@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 04/26/2018 | | Bankruptcy Case Closed. (rmp) (Entered: 04/26/2018) |
| 04/12/2018 | 448 (4 pgs) | BNC Certificate of Mailing - PDF Document (related document(s):446 Order on Motion for Final Decree). Notice Date 04/12/2018. (Admin.) (Entered: 04/13/2018) |


EXHIBIT L