**52 Bramhall Street, Portland Maine**
Exterior Photos – March 24, 2018






EXHIBIT N