UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| HSBC BANK USA NA | ) |
| | ) |
| v. | )   CIVIL NO. 2:18-cv-00410-NT |
| | ) |
| SHAWN TAMIR | ) |

**PROCEDURAL ORDER SETTING CASE FOR SETTLEMENT CONFERENCE**

It is hereby **ORDERED**, at the request of counsel, that this matter be set for a settlement conference before Judge John A. Woodcock, Jr. in Judge Woodcock's chambers in Portland at 10:00 a.m. on March 6, 2020. It is **FURTHER ORDERED** that counsel appear with their clients at such time and place, fully authorized to accomplish settlement of the case and prepared to engage in effective settlement negotiations.[1] It is **FURTHER ORDERED** that counsel for the parties shall file with the Court, on or before February 28, 2020, a written *in camera* statement, not to exceed 5 pages, setting forth in detail the settlement position of the respective party and stating in concise detail the reasons for each aspect of that settlement position. Such statement shall state a clear and concise rationale in support of that party's settlement position and shall provide the Court with a realistic estimate of anticipated attorney fees and costs in the event of trial to final judgment. The *in camera* statements shall be filed in paper or electronic form (the latter to be e-mailed to newcases.portland@med.uscourts.gov) directly with Judge Woodcock and need not be served upon opposing counsel.

JOHN A. WOODCOCK, JR.
United States District Judge

Dated: January 31, 2020

By: /s/ Julie W. Rodrigue
     Deputy Clerk

---

[1] If a person with authority to settle the case within a reasonably foreseeable range is unable to physically attend the settlement conference, the attorney must contact the judge prior to the conference date and obtain permission to proceed.